UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:06 CV 1554 DDN |
| TRENDSETTER FLOOR COVERINGS, LLC, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Not all parties having consented to the authority of a Magistrate Judge under 28 U.S.C. § 636(c),

**IT IS HEREBY ORDERED** that the Clerk reassign this action to a District Judge by the random selection process for the entry of the consent judgment.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on November 20, 2006.